JESSE MEYER ROSS V. THE STATE.

No. 19217.  Delivered November 17, 1937.

The opinion states the case.

*Lloyd W. Davidson,* State's Attorney, of Austin, for the State.

MORROW, PRESIDING JUDGE.—The conviction is for the unlawful possession of whisky for the purpose of sale in a dry area; penalty assessed at confinement in the county jail for thirty days and a fine of $100.00.

The complaint and information appear regular. The record is before us without bills of exception or statement of facts. In the absence of the evidence heard upon the trial this court is unable to appraise the matters presented in the motion for new trial.

The judgment is affirmed.

*Affirmed.*